IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CHARLES A BOOMER, III,**

    Plaintiff,

v.                                                                               Civil Action No. **3:22CV700 (RCY)**

**KENNETH R. MELVIN,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

On November 17, 2022, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on March 27, 2023, the Court directed Plaintiff to pay an initial partial filing fee of $34.67 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

                                                                           /s/
                                                                   Roderick C. Young
                                                           United States District Judge

Date: May 5, 2023
Richmond, Virginia